1  PAULA CHAMPAGNE, Bar No. 76545
   ARTHUR M. EIDELHOCH, Bar No. 168096
2  GAYLE LYNNE GONDA, Bar No. 241314
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street
4  20th Floor
   San Francisco, CA  94108.2693
5  Telephone:   415.433.1940
   Facsimile:    415.399.8490
6
   Attorneys for Defendants
7  ALOHA HAWAIIAN BBQ and WILLIAM JANG
   dba ALOHA HAWAIIAN BBQ
8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12 YOU LAN CHEN, QING FENG CAI, YI      Case No.  C08-02017
   LI CAI,
13
            Plaintiffs,                 STIPULATION EXTENDING
14                                      DEFENDANTS' TIME TO ANSWER OR
       v.                               OTHERWISE RESPOND TO
15                                      PLAINTIFFS' COMPLAINT
   ALOHA HAWAIIAN BBQ, WILLIAM
16 JANG DBA ALOHA HAWAIIAN BBQ          [Civil Local Rule 6-1(a)]
   AND DOES 1 - 10,
17
            Defendants.
18

STIP EXTENDING DEFS.' TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT                                     Case No. C08-02017

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1  Pursuant to Civil Local Rule 6-1(a), the Parties hereto, by and through their
2  respective counsel of record, hereby stipulate to extend the time within which Defendants ALOHA
3  HAWAIIAN BBQ and WILLIAM JANG dba ALOHA HAWAIIAN BBQ may answer or otherwise
4  respond to Plaintiffs YOU LAN CHEN, QING FENG CAI and YI LI CAI's Complaint to and
5  through June 20, 2008. The enlargement of time is warranted to enable the Parties to pursue
6  meaningful settlement discussions. The enlargement of time will not alter the date of any event or
7  any deadline already fixed by Court order.
8  IT IS SO STIPULATED.
9  Dated: May 16, 2008

/s/
LAWRENCE WONG, Bar No. 80852
EDWARD HUNG, Bar No. 221232
WONG & ASSOCIATES
Attorneys for Plaintiffs
YOU LAN CHEN, QING FENG CAI and
YI LI CAI

Dated: May 16, 2008

/s/
PAULA CHAMPAGNE
ARTHUR M. EIDELHOCH
GAYLE LYNNE GONDA
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
ALOHA HAWAIIAN BBQ and WILLIAM JANG
DBA ALOHA HAWAIIAN BBQ

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

STIP EXTENDING DEFS.' TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT    1.    Case No. C08-02017

## ATTESTATION OF CONCURRENCE

Pursuant to the Court's General Order 45, Section 10, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. Edward Hung, counsel for Plaintiffs, informed me that he concurs in the stipulation and authorized me to file it.

DATED: May 15, 2008

/s/
ARTHUR M. EIDELHOCH

Firmwide:85232076.1 800000.3500

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

STIP EXTENDING DEFS.' TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT         2.         Case No. C08-02017