John Chow, Esq. (SB# 225670)
Law Offices of Tsao-Wu, Chow
The Monadnock Building
685 Market Street, Suite 460
San Francisco, CA 94105
Telephone: (415) 777-1688
Facsimile: (415) 777-2298

United States District Court

Northern District of California

San Francisco Division

| | |
|---|---|
| YOU LAN CHEN, | No. C 08-02017 JSW |
| Plaintiff, | |
| v. | SUBSTITUTION OF ATTORNEYS |
| ALOHA HAWAIIAN BBQ, | |
| Defendant. | |

NOTICE TO: THE COURT AND ALL PARTIES, and William Jung

Aloha Hawaiian BBQ, Defendant, hereby substitutes John Chow and Tsao-Wu, Chow & Yee LLP who is retained counsel whose address is 685 Market Street, Suite 460, San Francisco, California 94105, phone number is 415-777-1688, and state bar number is 225670, as attorney of record in the place and stead of Arthur M. Eidelhoch of Littler Mendelson P.C.

I consent to this substitution.

Dated: 7/21/2008

*[signature: William Jung]*

Aloha Hawaiian BBQ, by William Jung, its authorized representative

1

We consent to this substitution.

Dated: 7/22/08

_____
ARTHUR M. EIDELHOCH, ESQ.
Present Attorney for Defendant

Dated: 7/21/08

_____
JOHN CHOW, ESQ.
New Attorney for Defendant


Substitution of Attorney is hereby approved.

Dated:

_____
JEFFREY S. WHITE
United States District Court