1  John Chow, Esq. (SB# 225670)
   Law Offices of Tsao-Wu, Chow
2  The Monadnock Building
   685 Market Street, Suite 460
3  San Francisco, CA 94105
4  Telephone: (415) 777-1688
   Facsimile: (415) 777-2298

United States District Court

Northern District of California

San Francisco Division

| | |
|---|---|
| YOU LAN CHEN, | No. C 08-02017 JSW |
| Plaintiff, | |
| v. | SUBSTITUTION OF ATTORNEYS |
| ALOHA HAWAIIAN BBQ, | |
| Defendant. | |

NOTICE TO: THE COURT AND ALL PARTIES, and William Jung

Aloha Hawaiian BBQ, Defendant, hereby substitutes John Chow and Tsao-Wu, Chow & Yee LLP who is retained counsel whose address is 685 Market Street, Suite 460, San Francisco, California 94105, phone number is 415-777-1688, and state bar number is 225670, as attorney of record in the place and stead of Arthur M. Eidelhoch of Littler Mendelson P.C.

I consent to this substitution.

Dated: 7/21/2008

*/s/ William Jung*

Aloha Hawaiian BBQ, by William Jung, its authorized representative

1

We consent to this substitution.

Dated: 7/22/08

*/s/ Arthur M. Eidelhoch*

ARTHUR M. EIDELHOCH, ESQ.
Present Attorney for Defendant

Dated: 7/21/08

*/s/ John Chow*

JOHN CHOW, ESQ.
New Attorney for Defendant

Substitution of Attorney is hereby approved.

Dated: July 24, 2008

*/s/ Jeffrey S. White*

JEFFREY S. WHITE
United States District Court