Lawrence Wong, SBN 80852
Edward Hung, SBN 221232
**WONG & ASSOCIATES**
413 Third Street
Oakland, CA 94607
Telephone:   510-451-2124
Facsimile:    510-451-2448

Attorneys for Plaintiffs
You Lan Chen, Qing Feng Cai,
and Yi Li Cai

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOU LAN CHEN, QING FENG CAI, YI LI CAI<br><br>　　　　Plaintiffs,<br>v.<br><br>ALOHA HAWAIIAN BBQ, WILLIAM JANG dba ALOHA HAWAIIAN BBQ and DOES 1-10<br><br>　　　　Defendants. | Case No.: C 08-02017 JSW<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

　　　The parties to the above-entitled action jointly submit the Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

**DESCRIPTION OF THE CASE**

　　　1. Plaintiff You Lan Chen was an employee of Defendants' restaurant from October 1, 2006 through May 16, 2007; and September 1, 2007 through February 29, 2008. Plaintiff Qing Feng Cai was an employee of Defendants' restaurant from July 16, 2005 through February 29, 2008. Plaintiff Yi Li Cai was an employee of Defendants' restaurant from June 1, 2007 through February 29, 2008. Plaintiffs allege that they routinely worked in excess of 8 hours per day and more than 40 hours per week. Defendants have denied these allegations.

2. (1) Whether Defendants violated California Labor Code § 510 and the Fair Labor Standards Act for failure to properly pay overtime wages; (2) whether Defendants violated California Labor Code Section 201 for failure to pay wages due and "waiting time" penalties; (3) whether Defendants violated California Business and Professions Code § 17200; and whether Defendants violated California Labor Code § 226 for failure to provide adequate pay statements.

3. The other factual issues which remain unresolved for the reason state below and how the parties propose to resolve those issues:

4. The parties which have not been served and the reasons: Does 1–10 have not been served. They are not identified. The parties do not currently expect to amend any parties, claims, or defenses, but reserve their right to do so. The parties proposed a deadline of December 14, 2008 for amending the pleadings.

5. The parties consent to assignment of this case to a United States Magistrate Judge for trial.

**ALTERNATIVE DISPUTE RESOLUTION**

6. The parties have filed a Stipulation and Proposed Order Selection ADR process: Mediation.

7. Indicate any other information regarding ADR process or deadline:
The parties agree that the deadline for completing the ADR process is 90 days from the date of the order.

**DISCLOSURES**

8. The parties have agreed to exchange their initial disclosures pursuant to the requirements of Fed. R. Civ. P. 26(a). Plaintiff will disclose (i) the names and relevant information regarding known fact witnesses, (ii) evidence relevant to its case (written documentation evidencing employment at Defendants' restaurant), and (iii) the applicable damages and statutory references thereto. Defendants will disclose their hard-copy documents

relating to Plaintiffs' employment at Defendants' restaurant. The parties shall exchange their initial disclosures by August 8, 2008.

## SCHEDULING

9. The parties agree to the following discovery plan:

| | |
|---|---|
| Plaintiff's expert disclosures: | December 14, 2008 |
| Defendant's expert disclosures: | December 14, 2008 |
| Discovery Cut-Off: | March 14, 2009 |
| Deadline to add additional parties: | December 14, 2008 |
| Dispositive Motions Deadline: | April 16, 2009 |
| Pre-Trial Conference: | May 18, 2009 |
| Trial Date: | June 18, 2009 |

## TRIAL

10. The parties expect that the trail will last for five days.

| Dated: August 1, 2008 | Dated: August 1, 2008 |
|---|---|
| /s/ | /s/ |
| Edward Hung | John Chow |
| Attorney for Plaintiffs | Attorney for Defendants |

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court Orders: 

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

3
JOINT CASE MANAGEMENT STATEMENT

1
2 _____
3 _____
4
5  Dated: _____        _____
                               JEFFREY S. WHITE
6                              United States District Court
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WONG & ASSOCIATES**
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124