Lawrence Wong, SBN 80852
Edward Hung, SBN 221232
**WONG & ASSOCIATES**
413 Third Street
Oakland, CA 94607
Telephone:    510-451-2124
Facsimile:    510-451-2448

Attorneys for Plaintiffs
You Lan Chen, Qing Feng Cai,
and Yi Li Cai

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOU LAN CHEN, QING FENG CAI, YI LI CAI<br><br>             Plaintiffs,<br>v.<br><br>ALOHA HAWAIIAN BBQ, WILLIAM JANG dba ALOHA HAWAIIAN BBQ and DOES 1-10<br><br>             Defendants. | Case No.: C 08-02017 JSW<br><br>**RULE 26(f) REPORT OF MEETING** |

On July 31, 2008, counsel for Plaintiffs and Defendants met by telephone conference pursuant to Fed.R.Civ.P. 26(f) and to this Court's April 17, 2008 Order Setting Initial Case Management Conference and ADR Deadlines to confer regarding the nature of claims and defenses, Rule 26(a)(1) disclosures, and to develop a proposed discovery plan.  The following is a result of this conference.

1. <u>Initial Disclosures.</u>

The parties agreed to exchange their Fed.R.Civ.P. 26(a) initial disclosures by August 8, 2008.

2. <u>Plaintiff – Subject Matter of Discovery.</u>

As of this time, Plaintiffs intends to serve discovery requests regarding, but not necessarily limited to, Defendants' records as to Plaintiffs' time card records, pay records, accounting records, and employee file. Plaintiffs may seek to depose the Defendants and other identified fact witnesses, as well as any experts identified by the Defendants. Plaintiffs reserve the right to seek discovery on other relevant issues based upon its further investigation and discovery.

3. <u>Defendants – Subject Matter of Discovery.</u>

As of this time, Defendants intend to serve discovery requests regarding, but not necessarily limited to, any and all of Plaintiffs' records regarding their employment at Defendants' restaurant. Defendants may seek to depose Plaintiffs and other identified fact witnesses, as well as any experts identified by Plaintiff. Defendants reserve the right to seek discovery on other relevant issues based upon its further investigation and discovery.

4. <u>Discovery Deadlines.</u>

The parties submit the following suggested deadlines for discovery:

Plaintiffs' expert disclosures:      December 14, 2008

Defendants' expert disclosures:      December 14, 2008

Discovery Cut-Off:      March 14, 2009

5. <u>Electronic Discovery.</u>

The parties agree that no changes or additions should be made to the rules concerning the disclosure and discovery of electronically stored information imposed under the applicable Federal Rules of Civil Procedure and the Local Civil Rules.

6. <u>Claims of Privilege or of Protection as Trial Preparation Material.</u>

The parties have no current agreement on this issue to submit to the Court and expect to

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

assert any such claims if and when they arise.

    7. <u>Directives or Limitations on Discovery.</u>

The parties agree that no changes or additions should be made to the limitations on discovery imposed under the Federal Rules of Civil Procedure and the Local Civil Rules. The parties agree that there is no need to conduct discovery in phases.

    8. <u>Other Orders Pursuant to Rule 26(c) or under Rule 16(b) and (c).</u>

The parties reserve the right to circulate and request entry of a Protective Order to the extent necessary. The parties will comply with this Court's requirements for protective orders and the treatment of confidential information.

Respectfully Submitted,

**WONG & ASSOCIATES**

**/s/**

Dated: August 1, 2008     _____
Edward Hung
Attorney for Plaintiffs You Lan Chen,
Qing Feng Cai, and Yi Li Cai

**/s/**

Dated: August 1, 2008     _____
John Chow, Esq.
Attorney for Defendants
Aloha Hawaiian BBQ and
William Jung

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124