Lawrence Wong, SBN 80852
Edward Hung, SBN 221232
**WONG & ASSOCIATES**
413 Third Street
Oakland, CA 94607
Telephone:   510-451-2124
Facsimile:   510-451-2448

Attorneys for Plaintiffs
You Lan Chen, Qing Feng Cai,
and Yi Li Cai

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOU LAN CHEN, QING FENG CAI, YI LI CAI<br><br>           Plaintiffs,<br>v.<br><br>ALOHA HAWAIIAN BBQ, WILLIAM JANG dba ALOHA HAWAIIAN BBQ and DOES 1-10<br><br>           Defendants. | **Case No.: C 08-02017 JSW**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER** |

Plaintiffs You Lan Chen, Qing Feng Cai, and Yi Li Cai (hereinafter collectively referred to as "Plaintiffs") and Defendants Aloha Hawaiian BBQ and William Jang dba Aloha Hawaiian BBQ (hereinafter collectively referred to as "Defendants"), through their respective counsel, hereby stipulate as follows:

1. Plaintiffs and Defendants have reached a settlement with respect to claims Plaintiffs have against Defendants.

2. As such the parties hereby stipulate to dismiss Plaintiffs' Complaint and the entire action against Defendants with prejudice.

**WONG & ASSOCIATES**
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

Respectfully Submitted,

**WONG & ASSOCIATES**

/s/

Dated: August 7, 2008          _____
Edward Hung
Attorney for Plaintiffs You Lan Chen,
Qing Feng Cai, and Yi Li Cai

/s/

Dated: August 7, 2008          _____
John Chow, Esq.
Attorney for Defendants
Aloha Hawaiian BBQ and
William Jang

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: August 8, 2008          *[signature: Jeffrey S. White]*
JEFFREY S. WHITE
United States District Court

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

2
STIPULATION TO DISMISS WITH PREJUDICE AND ORDER